UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

BEFORE HONORABLE **DANIEL R. DOMINGUEZ**

**MINUTES OF PROCEEDINGS**                         DATE: March 3, 2000

**CIVIL NO. 96-2154 (DRD)**

COURTROOM DEPUTY:   Janet **GONZALEZ**

================================================================
MATILDE MONTAÑEZ, et al.          <u>Attorneys:</u> Rafael GARCIA RODON

    Plaintiffs

    v.

DR. C. RAMIREZ, et al.                        Antonio PELUZZO
                                              José GONZALEZ VILLAMIL
    Defendants                                Pedro J. CORDOVA
================================================================

    FURTHER STATUS CONFERENCE is held in chambers.  Plaintiff apprizes the Court of the status of the case.

    Pending before the Court is a Motion for Continuance of trial scheduled for March 13, 2000 filed by counsel for Escuela de Medcina San Juan Bautista, Dkt. No. 47.  Motion is discussed. After the Court verified that in deed attorney Francisco Colón Ramírez is the attorney who has been handling this case from the beginning, motion is granted. **Hence, trial is re-set for July 31, 2000 at 9:00 A.M.**

    The deposition of Juan Chavez Abreu will be taken on <u>April 30, 2000.</u>

    A final Pretrial Conference is set for **July 20, 2000 at 1:30 P.M.**

                                          _____
                                          COURTROOM DEPUTY

s/c: Counsel of record
     Jury Trial