# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

DATE: July 26, 2000

MATILDE MONTAÑEZ, et al.

   Plaintiffs

v.

CIVIL NO. 96-2154 (DRD)

CATALINO RAMIREZ, et al.

   Defendants

---

**BY ORDER OF THE COURT**, this case has been transferred to the docket of Honorable Judge Jay García. Hence, the Further Pre-trial Conference scheduled for July 31, 2000 before Judge Domínguez is **vacated and set aside**.

_____
Courtroom Deputy

PARTIES NOTIFIED:

Rafael García Rodón, Esq.
Francisco Colón Ramírez, Esq.
Pedro Córdova Pelegrina, Esq.
José González Villamil, Esq.