UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE: SEPTEMBER 6, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**         **CASE NO. CIVIL 96-2154**

===============================================================

MATILDE MONTANEZ                          Attorneys:
                                          For Plaintiffs:

        VS
                                          For Defendant:
CATALINO RAMIREZ


===============================================================

By Order of the Court the above-mentioned case is hereby scheduled for a status conference on **WEDNESDAY, OCTOBER 18, 2000 at 10:00 AM.**

Parties to be notified.

                                    _____
                                    LILY ALICEA
                                    COURTROOM DEPUTY