UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:OCTOBER 18, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**        **CASE NO.CIVIL 96-2154(JAG)**
================================================================
MATILDE MONTANEZ                        Attorneys:
                                         For Plantiff:JOSE
                                         HERNANDEZ MAYORAL

              VS

CATALINO RAMIREZ                         For Defendant:
                                         CARLOS ORTIZ MORALES
                                         JOSE GONZALEZ VILLAMIL
                                         FRANCISCO COLON PAGAN
================================================================

Case called for status conference. Parties theories stated.
There is pending a motion to dismiss.  Plaintiff indicates that
they have made a written settlement demand to defendants.  Up to
this moment parties have not been able to settle the case.
Defendants have offered the limit of their insurance policies.

Court urges parties to continue with the settlement
negotiations.  Court sets a **settlement conference for Monday,
December 11, 2000 at 4:00 PM and the jury trial for Thursday,
February 1, 2001 at 9:30 AM**

Parties to be notified.


                                    _____
                                    Lily Alicea Courtroom Deputy


S/c to Jury Clerk