IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MATILDE MONTAÑEZ, ET AL

**Plaintiff(s)**

v.                                    CIVIL NO. 96-2154 (JAG)

CATALINO RAMIREZ, ET AL

**Defendant(s)**

---

### SETTLEMENT CONFERENCE REPORT

Following a conference with counsel, the parties have reached a tentative settlement agreement, subject to plaintiff's counsel conferring with his clients. The parties shall file a settlement agreement with the Court within the next ten days.

The Court would like to commend counsel for all parties, who have acted in good faith in trying to reach an amicable resolution of this case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of December, 2000.

JAY A. GARCIA-GREGORY
U.S. District Judge