UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: JANUARY 18, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 96-2154 (JAG)**

===================================================================

MATILDE MONTANEZ                          Attorneys:
                                          For Plantiff:
     V

                                          For Defendant:
CATALINO RAMIREZ
===================================================================

By Order of the Court the a hearing to discuss the recent developments in the above-mentioned case is hereby scheduled for **Tuesday, January 23, 2001 at 10:30 AM.**

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy