UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE:JANUARY 23, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            CASE NO.CIVIL 96-2154

===================================================================

| | |
|---|---|
| MATILDE MONTANEZ, ET AL | Attorneys:<br>For Plaintiffs:RAFAEL GARCIA RODON |
| VS | |
| CATALINO RAMIREZ, ET ALS. | For Defendant:ELI O ARROYO<br>PEDRO CORDOVA<br>JOSE GONZALEZ VILLAMIL<br>FRANCISCO PAGAN RAMIREZ<br>(Via telephone) |

===================================================================

Case called for hearing as to the enforcement of the settlement agreement. Attorney Gonzalez Villamil indicates to the Court that he has a conflict of interest and he has filed a motion to withdraw as attorney. His client filed for bankruptcy proceedings last October of 2000 and he was not aware of this until recently.

The case has been settled as to the rest of the parties. Attorneys indicate to the Court that Dr. Sarras' assets are under the Trustee Mr. Ramon Lopez. If he approves the settlement the case can be settled even if Dr. Sarras does not agree to the settlement.

The Court grants the motion to withdraw by attorney Gonzalez Villamil. Counsel Gonzalez Villamil informs that attorney Gonzalez Castaner will be assuming the representation of Simed. Counsel

PAGE 2
CIVIL 96-2154 (JAG)
JANUARY 23, 2001

Gonzalez Castaner should be filing to motion to assume representation by tomorrow, January 24, 2001.

Court sets another settlement conference for Friday, January 26, 2001 at 11:30 AM. The Court orders that the Trustee, Ramon Lopez, be present at said conference.

**Parties to be notified.**

	_____
	LILY ALICEA
	COURTROOM DEPUTY

Mr. Ramon Lopez notified through Evelyn