UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                    DATE:JANUARY 23, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**              **CASE NO.CIVIL 96-2154**

================================================================

MATILDE MONTANEZ, ET AL                    Attorneys:
                                           For Plaintiffs:


           VS
                                           For Defendant:
CATALINO RAMIREZ, ET ALS.


================================================================


     At the request of attorney Igor Dominguez, on behalf of his

client Dr. Sarras, the further settlement conference scheduled for

Friday, January 26, 2001 is hereby rescheduled for Monday, January

29, 2001 at 4:00 PM.

     **Parties to be notified.**




                                    _____
                                         LILY ALICEA
                                       COURTROOM DEPUTY



Mr. Ramon Lopez notified through Evelyn

