UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF PROCEEDINGS:**                    DATE: JANUARY 29, 2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**              **CASE NO.CIVIL 96-2154**
================================================================

| | |
|---|---|
| MATILDE MONTANEZ, ET AL | Attorneys:<br>For Plaintiffs: RAFAEL GARCIA RODON |
| VS | |
| CATALINO RAMIREZ, ET ALS. | For Defendant: FRANCISCO PAGAN RAMIREZ<br>PEDRO CORDOVA<br>IGOR DOMINGUEZ<br>RAFAEL GONZALEZ CASTANER |

================================================================

Case called for further settlement conference. Attorney Gonzalez Castaner, on behalf of Simed, requests some additional time to meet with his client and the prior attorney that represented Dr Sarras, Attorney Gandia, as well as the prior attorney Gonzalez Villamil to study and discuss the doctor's position as well as Simed's.

Attorney for plaintiff indicates that the case has been settled that all the parties had agreed to the settlement and that a stipulation was drafted and signatures were beginning to be collected.

Plaintiff suggests to Attorney Pagan Ramirez to dismiss the case without prejudice as to Dr. Sarras. This will be filed.

The Court sets aside the jury trial set for Thursday, February 1 and resets it for **Thursday, February 8, 2001. A further settlement conference is scheduled for** Tuesday, February 6, 2001 at 4:00 PM.

Court **urges the attorneys for Simed and Dr. Sarras to meet and try to resolve the settlement matter.**

**Parties to be notified.**

_____
LILY ALICEA
COURTROOM DEPUTY

S/c to Jury Clerk