UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**               DATE: FEBRUARY 6, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          **CASE NO. CIVIL 96-2154 (JAG)**

====================================================================

MATILDE MONTANEZ                           Attorneys:
                                           For Plaintiffs:

        VS
                                           For Defendant:
DR. CATALINO RAMIREZ


====================================================================

At the request of some of the parties in this case the settlement conference in the above-mentioned case scheduled for today is hereby rescheduled for **Thursday, February 8, 2001 at 4:00 PM.**

**The jury trial scheduled for February 8, 2001 is hereby vacated and set aside.**

Parties to be notified.


s/c Jury Clerk

_____
LILY ALICEA
COURTROOM DEPUTY

