UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
**MINUTES OF PROCEEDINGS:**                          DATE: FEBRUARY 8,2001
BEFORE HONORABLE JAY A. GARCIA GREGORY
COURTROOM DEPUTY:  Lily **ALICEA**              **CASE NO.CIVIL 96-2154**

===============================================================
MATILDE MONTANEZ                          Attorneys:
                                          For Plaintiffs:RAFAEL
                                          GARCIA RODON


                VS

DR. CATALINO RAMIREZ ET ALS.              For Defendant:
                                          FRANCISCO COLON RAMIREZ
                                          PEDRO CORDOVA PELEGRIN
                                          RAFAEL GONZALEZ CASTANER


===============================================================

     Case called for further settlement conference.  The Court

is informed that the case has been settled.

     Parties are given five days to submit settlement papers, that

is until Monday, February 12, 2001.

     Judgment will be entered when the papers are filed.

     Parties to be notified.




                              _Lily Alicea_
                         _____
                         Lily Alicea-Courtroom Deputy