UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MATILDE MONTAÑEZ, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 96-2154 (JAG)

DR. C. RAMIREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/16/01<br>**Title:** Motion Requesting Leave to Withdraw Legal Representation<br>**Docket(s):** 59<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] Other | **GRANTED.** The court grants attorney José A. González-Villamil's request to withdraw as legal counsel for co-defendants Dr. Peter Psarras and SIMED. |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 01/12/01<br>**Title:** Informative Motion<br>**Docket(s):** 58<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] Other | **NOTED.** |

Date:  February 21, 2001                JAY A. GARCIA-GREGORY
                                        U.S. District Judge


