IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MATILDE MONTAÑEZ, ET AL

**Plaintiff(s)**

v.                                              CIVIL NO. 96-2154 (JAG)

DR. C. RAMIREZ, ET AL

**Defendant(s)**

## JUDGMENT

After taking notice of plaintiffs' "Motion Filing Settlement Agreement and Release" (Docket #69) and the appended Settlement Agreement and Release, the Court enters judgment dismissing with prejudice the complaint, each party to bear and pay its own litigation expenses and attorneys' fees.

This case shall be closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of April, 2001.

JAY A. GARCIA-GREGORY
U.S. District Judge

