UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MATILDE MONTAÑEZ, ET AL

**Plaintiff(s)**

v.                       CIVIL NUMBER: 96-2154 (JAG)

DR. C. RAMIREZ, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 12/04/01<br>**Title:** Motion to Compel Payment of Settlement Stipulation<br>**Docket(s):** 71<br>[x] **Plff(s)**  [ ] **Dft(s)**  [ ] Other | **GRANTED.** |

Date: December 17, 2001

/JAY A. GARCIA-GREGORY
U.S. District Judge

